**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Defendants-Appellees, <br><br> and <br><br> PETER O'ROURKE, <br><br> Defendant. | No. 19-17286 <br><br> D.C. No. 3:19-cv-01454-WHA <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
William Alsup, District Judge, Presiding

Submitted November 9, 2020[**]

Before: THOMAS, Chief Judge, TASHIMA and W. FLETCHER, Circuit Judges.

Tatyana Evgenievna Drevaleva appeals pro se from the district court's

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

judgment dismissing her action under the Administrative Procedures Act related to her appointment for a position with the Department of Veterans Affairs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for lack of subject matter jurisdiction. *Mangano v. United States*, 529 F.3d 1243, 1245 n.2 (9th Cir. 2008). We affirm.

The district court properly dismissed Drevaleva's action because it is precluded by the Civil Service Reform Act ("CSRA"). *See Brock v. United States*, 64 F.3d 1421, 1425 (9th Cir. 1995) ("The CSRA is the exclusive remedy for all prohibited personnel actions.").

The district court did not abuse its discretion by denying Drevaleva's post-judgment Federal Rule of Civil Procedure 60(b) motion because Drevaleva failed to demonstrate any basis for such relief. *See Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262-63 (9th Cir. 1993) (setting forth standard of review, and grounds for reconsideration under Rule 60).

All pending motions are denied as moot.

**AFFIRMED.**